## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1)  JOHN DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No: 5:23-cv-00473-R |
| 1)  INDEPENDENT SCHOOL DISTRICT NO. 93 OF POTTAWATOMIE COUNTY, OKLAHOMA, a/k/a SHAWNEE SCHOOL DISTRICT, a/k/a SHAWNEE PUBLIC SCHOOLS; and, | § § § § § § § § § | |
| 2)  RONALD GENE ARTHUR, an individual, | § § § § | |
| Defendants | § | |

## ORDER

COMES NOW, Plaintiff's Motion to Proceed Under Pseudonym [Dkt. No. 3]. Plaintiff filed this motion at or near the filing of his Complaint, which alleges that a school employee (Defendant Arthur) sexually assaulted Plaintiff because of being a student at Shawnee High School (one of the schools operated by Defendant Independent School District No. 93 of Pottawatomie County, Oklahoma, a/k/a/ Shawnee School District, a/k/a Shawnee Public Schools). By his motion, Plaintiff seeks permission to proceed under the pseudonym: "John Doe". Plaintiff further requests this motion be handled on an emergency basis.

The Court finds this action "involves matters of a highly sensitive and personal nature," and that disclosure of Plaintiff's identity could subject Plaintiff—then a minor—to further injury of the very sort he seeks to vindicate through this action. *See Femedeer v. Huan*, 227 F.3d 1244, 1246 (10th Cir. 2000) (quoting *Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992)). The Court further finds that Plaintiff's need for anonymity outweighs any interest the public may have in accessing Plaintiff's identity.

For these reasons, and in order to protect the interests of the Plaintiff involved, the Court orders as follows:

1. Plaintiff shall proceed in this action anonymously under the pseudonym: "John Doe".

2. All documents filed with the Court that contain Plaintiff's name or information that identifies Plaintiff directly or indirectly, shall be redacted. And the parties shall refer to Plaintiff by his pseudonym.

3. Upon Defendant(s)' request, Plaintiff shall provide unredacted versions of these documents to the Court under seal for *in-camera* review.

The Court may revisit this order after all Defendants have been served with process, or otherwise as appropriate.

**IT IS SO ORDERED** this 6th day of June 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE