IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-23-473-R |
| | ) |
| INDEPENDENT SCHOOL DISTRICT | ) |
| NO. 93 OF POTTAWATOMIE COUNTY, | ) |
| OKLAHOMA, a/k/a SHAWNEE | ) |
| SCHOOL DISTRICT, a/k/a SHAWNEE | ) |
| PUBLIC SCHOOLS; and | ) |
| RONALD GENE ARTHUR, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is District's Motion to Dismiss Plaintiff's Complaint [Doc. No. 11]. During the pendency of the Motion, Plaintiff filed an Amended Complaint [Doc. No. 17]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

District's Motion to Dismiss Plaintiff's Complaint [Doc. No. 11] is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 4th day of October 2023.

*[signature: David L. Russell]*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE